THE ADDER MACHINE COMPANY, Respondent, *v.* GERMAN FIRE INSURANCE COMPANY OF PEORIA, ILLINOIS, Appellant.

Reported below, 176 App. Div. 908.

(Argued November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a return premium on a policy of fire insurance.

The motion was made upon the ground that no questions of law were involved; that the verdict was not directed by the court; that the Appellate Division had unanimously held that there was evidence tending to support the verdict and that the exceptions were frivolous.

*Herbert M. Simon* for motion.

*Arthur C. Mandel* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.